```
                        United States Bankruptcy Court
                             District of Maryland
In re:                                                  Case No. 10-35692-RAG
Kevin E Roy                                             Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: jmanderso             Page 1 of 1                  Date Rcvd: Sep 09, 2016
                              Form ID: trc                Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2016.
26564653       #+United Credit Recovery, LLC,    PO Box 953245,    Lake Mary, FL 32795-3245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2016                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2016 at the address(es) listed below:
              Ellen W. Cosby    ecffiles@ch13balt.com, Ecosby13@ecf.epiqsystems.com
              Hugh Justin Green    hgreen@atlanticlawgrp.com, PMagee@atlanticlawgrp.com
              Kim Y. Johnson    kimyjcounsel@aol.com
              Michael J. Klima    bankruptcy@peroutkalaw.com
              Renee O. Dyson    rdyson@atlanticlawgrp.com, rbailey@atlanticlawgrp.com,
               KNangosia@atlanticlawgrp.com,pmagee@atlanticlawgrp.com,JLowery@atlanticlawgrp.com
                                                                                             TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court
# District of Maryland

Case No. 10-35692
Chapter 13

In re: Debtor(s) (including Name and Address)

Kevin E Roy
604 Stamford Road
Baltimore MD 21229-2339

## NOTICE OF PROPOSED TRANSFER OF CLAIM

Pursuant to Federal Bankruptcy Rule 3001 (e)(2) or (4), notice is hereby given that the Court has received a notice of transfer of your claim. A copy of the document received by this Court transferring your claim is included with this Notice. Please read the document carefully to insure its authenticity and accuracy.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: United Credit Recovery, LLC, PO Box 953245, Lake Mary, FL 32795 | Dilks & Knopik, LLC<br>35308 SE Center Street<br>Snoqualmie, WA 98065 |

## -- DEADLINE TO OBJECT TO TRANSFER --

No action is required if you do not object to the transfer of your claim. If you object to the transfer of your claim you must file a written objection within twenty-one (21) days after the date of this notice with the Court.

Date:   09/11/16

Mark A. Neal
**CLERK OF THE COURT**